```
                                          FILED
                                  CLERK, U.S. DISTRICT COURT

                                     December 9, 2014

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY:      TS      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| PETER VUJICICH, | ) No. ED CV 13-0127-GW (DFM) |
|---|---|
| Plaintiff, | ) |
| v. | ) Order Accepting Report and Recommendation of United States Magistrate Judge |
| A. VANDERBERG et al., | ) |
| Defendant. | ) |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

    THEREFORE, IT IS HEREBY ORDERED that judgment shall be entered dismissing this case with prejudice.

Dated: December 8, 2014

_____
GEORGE H. WU
United States District Judge