ENTERED
CLERK, U.S. DISTRICT COURT
December 9, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
December 9, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PETER VUJICICH,<br><br>   Plaintiff,<br><br>   v.<br><br>A. VANDERBERG et al.,<br><br>   Defendant. | No. ED CV 13-0127-GW (DFM)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: December 8, 2014

_____
GEORGE H. WU
United States District Judge